**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

IVAN POLLS,

      Plaintiff,

v.

MARKETSOURCE, INC., AND
AMERICAN HONDA MOTOR CO. INC.

      Defendants.
_____/

Removed From:
Circuit Court of the 11th Judicial
Circuit in and for Miami-Dade
County, Florida
2019-013127-CA-01

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants MarketSource, Inc. ("MarketSource") and American Honda Motor Co. Inc. ("Honda") (collectively "Defendants"), by and through their undersigned counsel, remove this action from the Circuit Court for the Eleventh Circuit in and for Miami-Dade County, Florida (the "Circuit Court") to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, Defendants state the following:

### BACKGROUND AND PROCEDURAL HISTORY

1. On or about May 3, 2019, Plaintiff Ivan Polls ("Plaintiff") commenced this action against MarketSource and Honda in the Circuit Court for the Eleventh Circuit in and for Miami-Dade County, Florida (Case No. 2019-013127-CA-01).

2. By process server, Plaintiff served MarketSource with the Summons and Complaint, which are attached to this Notice of Removal, on or about May 8, 2019.

1

3. Also by process server, Plaintiff served Honda with the Summons and Complaint, which are attached to Notice of Removal, on or about May 8, 2019.

4. Pursuant to 28 U.S.C. §1446(b), Defendants have timely filed this Notice of Removal within 30 days of receiving service of Plaintiff's Summons and Complaint, the initial pleading setting forth the claim for relief and containing grounds for removal.

5. Upon information and belief, the Summons and Complaint served on each of the Defendants, a copy of which is attached as Exhibit "A," comprises the only process, pleadings, or papers served in this case to date. Exhibit "A" also contains the unissued Summons to each of the Defendants which was filed with the Circuit Court.

6. Plaintiff's Complaint consists of six counts: Count I, a claim against MarketSource for violations of 29 U.S.C. § 201 et seq. (wage & hour violation under the Fair Labor Standards Act ("FLSA")); Count II, a claim against MarketSource for discrimination based on a disability under the Florida Civil Rights Act ("FCRA"); Count III, a claim against MarketSource for retaliation under the FCRA; County IV, a claim against Honda for violations of 29 U.S.C. § 201 et seq. (wage & hour violation under the FLSA); Count V, a claim against Honda discrimination based on a disability under the FCRA; and Count VI, a claim against Honda for retaliation under the FCRA.

## **GROUNDS FOR REMOVAL**

7. This is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331 in that the action presents federal questions and arises under the laws of the United States. It is also an action which Defendants are entitled to remove to this Court pursuant to 28 U.S.C. § 1441.

8.     This removal is proper and timely under 28 U.S.C. §§ 1441 and 1446(b) because the Notice of Removal has been filed within thirty days of Defendants' receipt of Plaintiff's Summons and Notice.

9.     Venue for this removal action is proper in the United States District Court for the Southern District of Florida because the territorial jurisdiction of this Court includes the Circuit Court for the Eleventh Circuit in and for Miami-Dade County, Florida, in which Plaintiff filed his Petition. Removal to this particular Court is therefore proper under 28 U.S.C. § 1441(a).

10.    Defendants have provided as Exhibit "A" a copy of the state court file, which includes any and all process, pleadings, and orders served upon them, as required by 28 U.S.C. § 1446(a).

11.    A written notice of this filing will be given to Plaintiff and a true and accurate copy of this notice will be filed with the Circuit Court for the Eleventh Circuit in and for Miami-Dade County, Florida as required by 28 U.S.C. § 1446(d).

## **RELIEF REQUESTED**

12.    Defendants respectfully request that the United States District Court for the Southern District of Florida accept this Notice of Removal and that it assume jurisdiction of this action because this is a civil action over which this Court could have had original jurisdiction.

13.    Defendants further request that this Court issue such further orders as may be necessary to effectuate removal of this action.

14.    Defendants reserve the right to amend or supplement this Notice of Removal.

15.    Defendants reserve all defenses to the claims alleged by Plaintiff.

Respectfully submitted,


/s/ *Seth P. Robert*
Seth P. Robert
Florida Bar No. 145696
Connis O. Brown, III
Florida Bar No. 641960
**BROWN ROBERT, LLP**
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone:  954.832.9400
Facsimile:  954.832.9430
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com

*Attorneys for Defendants MarketSource, Inc. and American Hondo Motor Co. Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Court and a copy served by e-mail on this 6th day of June, 2019 upon the following:

Jason S. Remer (#165580)
Miriam Brooks (#0118144)
Manuel A. Antommattei (#1010327)
Remer & Georges-Pierre, PPLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone:  305.416.5000
Facsimile:  305.416.5005
E-mail: jremer@rgpaatorneys.com
E-mail: mbrooks@rgpaatorneys.com
E-mail: maa@rgpaatorneys.com

*Attorneys for Plaintiff*

/s/ *Seth P. Robert*
Seth P. Robert
Florida Bar No. 145696
Connis O. Brown, III
Florida Bar No. 641960
**BROWN ROBERT, LLP**
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone:  954.832.9400
Facsimile:  954.832.9430
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com

*Attorneys for Defendants MarketSource, Inc. and American Hondo Motor Co. Inc.*